# Third District Court of Appeal
## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1749
Lower Tribunal No. AJWOVQE
_____

**Diego Andres Corella Mejias,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Julie Harris Nelson, Judge.

Diego Andres Corella Mejias, in proper person.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.

Before SCALES, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed.